UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JAMES L. STANFIELD and JOAN STANFIELD, husband and wife, | ) ) ) | NO. CV-07-0233-LRS |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| -vs- | ) ) | |
| DEPUY ORTHOPAEDICS, INC., an Indiana corporation; | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the stipulation of the parties (**Ct. Rec. 26**) filed March 20, 2008, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 1st day of April, 2008.


*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1